**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 15−10130−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kelvin O. Ikhide
dba Idea Interactive Media Sftware Trng LLC
11585 Maple Ridge Rd
Reston, VA 20190−3605

Genell S. Parker
11585 Maple Ridge Rd
Reston, VA 20190−3605

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−0798      Joint Debtor: xxx−xx−1916

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA      Joint Debtor: NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

**TO:     DEBTOR OR DEBTOR'S COUNSEL**

You have filed a petition with the office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on January 14, 2015. Pursuant to Local Bankruptcy Rule 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date, **January 28, 2015**.

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 Chapter 13 Plan

Date: January 15, 2015

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Elizabeth Voehl
Deputy Clerk

[30152vDec2009]

United States Bankruptcy Court
Eastern District of Virginia

In re:
Kelvin O. Ikhide
Genell S. Parker
    Debtors

Case No. 15-10130-BFK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-9     User: voehle     Page 1 of 1     Date Rcvd: Jan 15, 2015
                   Form ID: 30152     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2015.
db           Kelvin O. Ikhide,    11585 Maple Ridge Rd,    Reston, VA   20190-3605
jdb          #Genell S. Parker,    11585 Maple Ridge Rd,    Reston, VA   20190-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2015 at the address(es) listed below:
            Calvin F. Larson     on behalf of Joint Debtor Genell S. Parker callarson99@yahoo.com
            Calvin F. Larson     on behalf of Debtor Kelvin O. Ikhide callarson99@yahoo.com
            Thomas P. Gorman     ch13alex@gmail.com,   tgorman26@gmail.com
                                                                                                  TOTAL: 3