# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In the Matter of: | Chapter 13 |
| KELVIN O. IKHIDE <br> AND <br> GENELL S. PARKER | |
| | Case No. 15-10130-BFK |
| Debtors | |

## MOTION TO DISMISS, <br> NOTICE OF MOTION TO DISMISS <br> AND <br> NOTICE OF SCHEDULED HEARING ON THIS MOTION

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss your Chapter 13 case.  The cause for this motion is as follows:

**Pursuant to 11 U.S.C. §1307(c)(6)** - Material default by Debtors as is reflected in the attached Trustee's Report of Receipts and Disbursements. Debtors have only made 2 Plan payments to date ($629.00 in March 2015 and $336.46 in May 2015) and neither of the payments are in the full amount required ($729.00/mo) pursuant to the Confirmation Order entered on docket April 1, 2015.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court

**Notice and Motion to Dismiss**
Kelvin O. Ikhide and Genell S. Parker, Case #15-10130-BFK

will receive it on or before five business days prior to the scheduled hearing. You must mail a copy to the persons listed below.

***Attend the hearing to be held on June 11, 2015 at 1:30 p.m. in Courtroom #3 on the 3rd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.*** If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste. 400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: __May 15, 2015_____          __/s/ Thomas P. Gorman_____
                                                    Thomas P. Gorman
                                                    Chapter 13 Trustee
                                                    300 N. Washington Street, #400
                                                    Alexandria, VA 22314
                                                    (703) 836-2226
                                                    VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 15th day of May, 2015, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

Kelvin O. Ikhide                    Calvin F. Larson, Esq.
Genell S. Parker                    Attorney for Debtors
Chapter 13 Debtors              1606 Washington Plaza
11585 Maple Ridge Rd        Reston, VA  20190-4303
Reston, VA  20190-3605

                                            ___/s/ Thomas P. Gorman_____
                                            Thomas P. Gorman

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/15/2015

CASE NO: 15-10130-BFK
STATUS: BASE PLAN

| | | |
|---|---|---|
| | DEBTOR:  XXX-XX-0798 | JOINT DEBTOR:  XXX-XX-1916 |
| | IKHIDE, KELVIN O. | PARKER, GENELL S. |

AKA:

DATE FILED: 01/14/2015    11585 MAPLE RIDGE RD    11585 MAPLE RIDGE RD

CONFIRMED: 04/01/2015    RESTON, VA 20190-3605    RESTON, VA 20190-3605

LATEST 341: 02/17/2015

PERCENTAGE:  .030

PLAN: 60 MONTHS

1st PAYMENT DUE:  02/2015

ON SCHEDULE:  2,187.00

ACTUAL PAYMENTS:  965.46

AMOUNT BEHIND:  1,221.54

SCHEDULE:  729.00 MONTHLY
TOTAL PAID:  965.46

ATTORNEY: CALVIN F. LARSON, ESQ.
1606 WASHINGTON PLAZA
RESTON, VA 20190-4303
Phone:703 471-1705 Fax: 703 437-8620

Needed to Complete Base:

BASE:  43,740.00
42,774.54

LAST 12 TRANSACTIONS

| Date | Source | Amount |
|---|---|---|
| 05/13/15 | ICF CONSULTING GR | 336.46 |
| 03/03/15 | PC | 629.00 |

## DIRECT PAY

| CLAIM | CRED NO | CREDITOR NAME | DISB CODE | CLASS | ARREARS | FIXED PAYMENT | SCHED AMOUNT | PAID BY TRUSTEE | BALANCE DUE | CLAIM STATUS |
|---|---|---|---|---|---|---|---|---|---|---|
| 020 | 340840 | RAMANA KANAKAMEDALA | PRO | SEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | DIRECT |

## PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME / CLAIM REMARK | DISB CODE / LAST DISB | CLASS / PAY% | INT. BEGIN INT. RATE | FIX PAY / ARREARS | ORG. CLAIM / SCHED AMT | APPROVED TO BE PAID | PRIN. PAID / INT. PAID | PRIN. DUE / INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 321137 | GREEN TREE SERVICING LLC | FIX | SEC / 100.00 | | 660.88 / 1,982.64 | 24,552.14 / 32,383.00 | 24,552.14 / 24,552.14 | 0.00 / 0.00 | 24,552.14 / 0.00 |
| 002 | 335252 | GRAYS POINT CONDO ASSOC ***NO CLAIM FILED*** | FIX-A | SEC / 100.00 | | 607.18 / 1,821.54 | 5,464.59 / 5,464.59 | 5,464.59 / 5,464.59 | 0.00 / 0.00 | 5,464.59 / 0.00 |
| 003 | 331413 | WHITTAKER & ASSOC, PC ALFREDO MELENDEZ | PRO | UNS / 0.03 | | 0.00 / 0.00 | 66,999.90 / 66,999.90 | 66,999.90 / 20.10 | 0.00 / 0.00 | 20.10 / 0.00 |
| 004 | 332414 | CERASTES, LLC | PRO | UNS / 0.03 | | 0.00 / 0.00 | 1,993.58 / 2,193.00 | 1,993.58 / 0.60 | 0.00 / 0.00 | 0.60 / 0.00 |
| 005 | 310052 | BERKS CREDIT & COLLECTION | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 2,420.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 006 | 335512 | BUSMAN & BUSMAN P.C. KATHRINE T. HOUGHTON | PRO | UNS / 0.03 | | 0.00 / 0.00 | 27,268.92 / 20,165.00 | 27,268.92 / 8.18 | 0.00 / 0.00 | 8.18 / 0.00 |
| 007 | 340632 | CCI | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 254.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 008 | 340632 | CCI | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 1,107.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 009 | 319839 | CHARLES A. ANDERSON, ESQ. | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 336.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 010 | 338456 | NAVIENT SOLUTIONS | PRO | UNS / 0.03 | | 0.00 / 0.00 | 859.54 / 858.00 | 859.54 / 0.26 | 0.00 / 0.00 | 0.26 / 0.00 |
| 011 | 339817 | AT&T MOBILITY II LLC | PRO | UNS / 0.03 | | 0.00 / 0.00 | 1,629.05 / 1,629.00 | 1,629.05 / 0.49 | 0.00 / 0.00 | 0.49 / 0.00 |
| 012 | 306349 | IC SYSTEM INC | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 285.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 013 | 338827 | MIDLAND FUNDING LLC CIT BANK | PRO | UNS / 0.03 | | 0.00 / 0.00 | 3,472.92 / 3,467.00 | 3,472.92 / 1.04 | 0.00 / 0.00 | 1.04 / 0.00 |
| 014 | 307523 | PENTAGROUP FINANCIAL LLC. | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 865.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 015 | PORT | PORTFOLIO RECOVERY ASSOCIATES | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 2,527.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 016 | 315288 | SOUTHWEST CREDIT SYSTEMS CINGULAR WIRELESS | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 1,629.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |
| 017 | 335454 | STELLAR RECOVERY INC. | PRO | UNS / 0.03 | | 0.00 / 0.00 | 0.00 / 255.00 | 0.00 / 0.00 | 0.00 / 0.00 | Not Filed |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.
Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved.  NO disbursements are being made to the creditor.
This is a progress report only and should not be used to calculate a payoff.    Case Maintenance 10.5

Thomas P. Gorman, Standing Chapter 13 Trustee
INTERIM STATEMENT AS OF 05/15/2015

CASE NO: 15-10130-BFK
STATUS: BASE PLAN

DEBTOR: XXX-XX-0798     JOINT DEBTOR: XXX-XX-1916
IKHIDE, KELVIN O.     PARKER, GENELL S.     SCHEDULE: 729.00 MONTHLY

PLAN AND FILED CLAIMS

| CLAIM NO | CRED NO | CREDITOR NAME CLAIM REMARK | DISB CODE LAST DISB | CLASS PAY% | INT. BEGIN INT. RATE | FIX PAY ARREARS | ORG. CLAIM SCHED AMT | APPROVED TO BE PAID | PRIN. PAID INT. PAID | PRIN. DUE INT. DUE |
|---|---|---|---|---|---|---|---|---|---|---|
| 018 | 328865 | WEST ASSET MANAGEMENT RESTON HOSPITAL CENTER | PRO | UNS 0.03 | | 0.00 0.00 | 0.00 1,122.34 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 019 | 340839 | RESTON RELAC, LLC | PRO | UNS 0.03 | | 0.00 0.00 | 0.00 1,963.49 | 0.00 0.00 | 0.00 0.00 | Not Filed |
| 021 | 317480 | RESTON ASSOCIATION | PRO-A | UNS 0.03 | | 0.00 0.00 | 0.00 0.00 | 1,122.00 0.34 | 0.00 0.00 | 0.34 |
| 021 | 317480 | RESTON ASSOCIATION UNLISTED HOA ASSESSMENTS | PRO-A | SEC 100.00 | | 0.00 0.00 | 1,024.96 0.00 | 1,024.96 1,024.96 | 0.00 0.00 | 1,024.96 0.00 |
| 799 | LARSON | CALVIN F. LARSON, ESQ. | PRO 04/2015 | ATY 100.00 | | 0.00 0.00 | 2,500.00 2,500.00 | 2,100.00 2,100.00 | 585.03 0.00 | 1,514.97 0.00 |
| | | Trustee Administrative Fees | | | | | | 52.14 | 52.14 | |
| | | | | TOTALS: | | 1,268.06 3,804.18 | 135,765.60 148,422.42 | 136,539.74 33,224.84 | 637.17 0.00 | 32,587.67 0.00 |

| | ADMIN | ATTORNEY | PRIORITY | SECURED | UNSECURED | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| SCHED AMOUNT: | 0.00 | 2,500.00 | 0.00 | 37,847.59 | 108,074.83 | 0.00 | | |
| CLAIM AMOUNT: | 0.00 | 2,100.00 | 0.00 | 31,041.69 | 31.01 | 0.00 | | |
| PAID BY TRUSTEE: | 0.00 | 585.03 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| PAID BY 3rd PARTY: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| SUB TOTAL: | 0.00 | 1,514.97 | 0.00 | 31,041.69 | 31.01 | 0.00 | DUE CREDITORS: | 32,587.67 |
| INTEREST DUE: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | EXPECTED ADMIN: | 1,841.44 |
| CONTINUING: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | LESS AVAILABLE: | 328.29 |
| BALANCE DUE: | 0.00 | 1,514.97 | 0.00 | 31,041.69 | 31.01 | 0.00 | APPROX BALANCE: | 34,100.82 |

** Creditor has not filed a Proof of Claim. Accumulated funds will be released to other creditors if no claim is filed with the U.S. Bankruptcy Court by the date of the scheduled Chapter 13 Review Meeting.

Claims with an A code in the DISB/CODE column are placed on hold and need to be resolved. NO disbursements are being made to the creditor.

This is a progress report only and should not be used to calculate a payoff.     Case Maintenance 10.5